# Exhibit A

**NOTICE OF CONSENT TO BECOME A PARTY PLAINTIFF IN A COLLECTIVE ACTION UNDER THE FAIR LABOR STANDARDS ACT**

By my signature below, I represent to the Court that I have been employed by Bloomin' Brands, Inc., OS Restaurant Services, LLC, and/or Outback Steakhouse of Florida, LLC within the prior three (3) years and that I have been paid at a rate less than the rate at which men have been paid for the same or substantially similar work on jobs the performance of which required substantially similar skill, effort, and responsibility, and which were performed under similar working conditions in violation of 29 U.S.C § 206(d). Through this Consent, I authorize the filing and prosecution of this Fair Labor Standards Act action in my name and on behalf of all persons similarly situated to myself.

My name is: Tracey O'Neil (print your name)

My address is: ▉▉▉▉▉▉▉▉▉▉ (street address)

Melrose Park, Il 60160 (city, state, zip code)

My telephone number is: 773 ▉▉▉▉ (home)

773 ▉▉▉▉ (cellular)

Signature: [signed]

Date I signed this Notice: 09 / 06 / 2022 (today's date)