# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Tracey O'Neil

                         Plaintiff,

v.                                                                Case No.: 1:22–cv–04851

                                                                               Honorable Sara L. Ellis

Bloomin' Brands, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 11, 2024:

      MINUTE entry before the Honorable Sara L. Ellis: The Court grants the parties' motion for approval of the settlement [112]. The Court approves the settlement between the parties, finds that the settlement is reasonable and the result of an arms' length negotiation, and finds the attorneys' fees to be reasonable and fair. The Court, therefore, dismisses this matter with prejudice, pursuant to the terms of the settlement agreement. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.